CLERK, U. S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
3/26/98
MICHAEL N. MILBY, CLERK
BY DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

MAR 2 6 1998

Michael N. Milby, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CIVIL ACTION NO. H-98-428 |
| § | |
| THE PREMISES KNOWN AS THE RED § | |
| CARPET INN § | |

## ORDER FOR HEARING

1.  A motion hearing on claimants' motion to abate the deadline for claimants' answers and discovery responses until this court has ruled upon claimants' Rule 12 motions will be held on:

>    April 1, 1998
>    at 9:00 A.M.
>    before Judge Lee H. Rosenthal
>    in Courtroom 11-B, 11th Floor
>    United States Courthouse
>    515 Rusk Avenue
>    Houston, Texas  77002

2.  To insure full notice to all current parties, each party who receives this notice shall forward a copy of it to every other party even if they were apparently sent one by the court.

SIGNED on March 26, 1998, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge

980326 1132/FORMS/HRG.ORD

16