UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | CIVIL ACTION NO. H-98-0428 |
| Plaintiff § | |
| § | |
| v. § | |
| § | |
| PREMISES KNOWN AS THE RED § | |
| CARPET INN, BLOCK THIRTEEN (13) § | |
| OF SHARPSTOWN INDUSTRIAL § | |
| PARK, SECTION 7 & 8, HARRIS § | |
| COUNTY, TEXAS, WITH ALL § | |
| APPURTENANCES THEREON § | |
| § | |
| Defendant. § | |

## ORDER EXTENDING TIME

The Court has reviewed the Government's Motion for Extension of Time to file response to Claimant's Motions to Dismiss and for More Definite Statement. The Motion has merit and it is **GRANTED**.

**ORDERED** that the Government will file its responses on or before April 3, 1998.

Signed on this the **31st** day of **March**, 1998 at Houston, Texas..

LEE H. ROSENTHAL
United States District Judge