IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-98-0428 |
| | § | |
| THE PREMISES KNOWN AS | § | |
| THE RED CARPET INN, BLOCK 13 | § | |
| OF SHARPSTOWN INDUSTRIAL | § | |
| PARK, SECTION 7 AND 8, | § | |
| HARRIS COUNTY, TEXAS, ALL | § | |
| APPURTENANCES IMPROVEMENTS | § | |
| | § | |
| Defendant. | § | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

MAR 3 1 1998

Michael N. Milby, Clerk

## ORDER

Claimants' unopposed motion to abate the deadline for claimants' answer and discovery responses until after this court has ruled on the pending motions to dismiss is GRANTED. Claimants' answer and discovery responses must be filed 30 days after the date the court issues its ruling.

SIGNED on March 31, 1998, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge

#22

980331.1425P:\CASES\98\98-0428\98-0428.A01