IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED
JUN 2 4 1998
Michael N. Milby, Clerk

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| VS. | § | CIVIL ACTION NO. H-98-428 |
| | § | |
| THE PREMISES KNOWN AS THE RED CARPET INN | § | |

## ORDER OF DISMISSAL

Counsel for the parties have advised the court that an amicable settlement has been reached in this action. It is ORDERED that this cause be dismissed on the merits, without prejudice to the right of counsel to move for reinstatement within 30 days upon presentation of adequate proof that final approval of the settlement could not be obtained from the respective principals for whom counsel act. It is further ORDERED that all motions currently pending are DENIED WITHOUT PREJUDICE. Any movant seeking to resubmit or reurge those motions must do so within 10 days from the date any motion for reinstatement is filed.

The court appreciates counsel's promptness in advising of the settlement of this case.

SIGNED on _June 24_, 1998, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge

980624.0807

#31