UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff | § | |
| v. | § | CIVIL ACTION NO. H-98-0428 |
| | § | |
| THE PREMISES KNOWN AS THE RED | § | |
| CARPET INN, BLOCK 13 OF | § | |
| SHARPSTOWN INDUSTRIAL PARK | § | UNITED STATES DISTRICT COURT |
| SECTION 7 & 8, HARRIS COUNTY, | § | SOUTHERN DISTRICT OF TEXAS |
| TEXAS, WITH ALL APPURTENANCES | § | ENTERED |
| IMPROVEMENTS THEREON ALSO | § | JUL 22 1998 |
| KNOWN AS 6868 HORNWOOD | § | |
| Defendant | § | Michael N. Milby, Clerk |

## ORDER

UPON PRESENTATION of NOTICE OF WITHDRAWAL OF CLAIM BY HOSPITALITY INTERNATIONAL, INC. and RED CARPET INNS INTERNATIONAL, it is ORDERED that their claim is withdrawn as if no claim had been filed.

SIGNED at Houston, Texas, on _July 22_, 1998.

_____
LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE

#34