UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v.<br><br>THE PREMISES KNOWN AS THE RED CARPET INN, BLOCK 13 OF SHARPSTOWN INDUSTRIAL PARK, SECTION 7 & 8, HARRIS COUNTY, TEXAS, WITH ALL APPURTENANCES AND IMPROVEMENTS THEREON, ALSO KNOWN AS 6868 HORNWOOD<br><br>Defendant. | § CIVIL ACTION NO. H-98-0428<br><br>UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF TEXAS<br>ENTERED<br><br>JUL 22 1998<br><br>Michael N. Milby, Clerk |

## ORDER OF NON-SUIT

The parties having settled this action on the terms stated in the Settlement Agreement and Motion for Non-Suit, it is

**ORDERED** that this case is non-suited with prejudice and the Court retains jurisdiction to enforce the settlement and compliance with its terms by Claimants GWJ Enterprises, Inc. and Hop Enterprises, Inc.

Each party bears their own costs, including attorney's fees.

This case is administratively closed.

Signed this the 22d day of July, 1998.

_____
UNITED STATES DISTRICT JUDGE

#35